(20 Misc. Rep. 664.)

### H. C. MINER LITHOGRAPH CO. v. CANARY et al.

(City Court of New York, General Term. July 2, 1897.)

ASSIGNMENT OF CLAIM—ACTION BY ASSIGNEE.

A complaint alleging that plaintiff's assignor, at defendants' request, rendered for them certain work, labor, and services, and furnished materials therefor of a certain reasonable value; that the cause of action was assigned to the plaintiff, a corporation duly organized under the laws of New York; and that payment was demanded, but has not been made,—is absolutely good in law.

Appeal from trial term.

Action by H. C. Miner Lithograph Company against Thomas Canary and others. From an interlocutory judgment sustaining a demurrer to the complaint, plaintiff appeals. Reversed.

Argued before VAN WYCK, C. J., and McCARTHY, J.

J. H. Egan, for appellant.

J. C. Rosenbaum, for respondent.

VAN WYCK, C. J. The complaint alleged that plaintiff's assignor, at defendants' request, rendered for them certain work, labor, and services, and furnished materials therefor, all of the reasonable value of $684, and that this cause of action was duly assigned to plaintiff, a corporation duly organized under the laws of New York, and that payment of this sum was demanded of defendants, who promised to pay, but same was not paid. This complaint is absolutely good in law, and the demurrer should have been overruled instead of sustained.

The interlocutory judgment is reversed, with costs, and the demurrer overruled, with costs, with leave to defendants, upon payment of the costs within 10 days, to serve an answer.

McCARTHY, J., concurs.